

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-25-07

# MEMO ENDORSED

THE CITY OF NEW YORK

## LAW DEPARTMENT

**MICHAEL A. CARDOZO**
*Corporation Counsel*

100 CHURCH STREET
NEW YORK, NY 10007

Susan P. Scharfstein
*Special Federal Litigation Division*
*212-227-4071*
*Facsimile: (212) 788-9776*
sscharfs@law.nyc.gov

July 19, 2007

_2 _ 2007

**BY HAND**
Honorable Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: <u>Chris Sforza v. City of New York, et al.</u>, 07 CV 6122 (DLC)

Dear Judge Cote:

I am an attorney in the office of Michael A. Cardozo, Corporation Counsel of the City of New York, attorney for defendant City of New York in the above-referenced action. Defendant respectfully requests that the time to respond to the complaint be extended by sixty days from the current due date of July 23, 2007, to September 24, 2007. Plaintiff's counsel has consented to this request.

There are several reasons for seeking an enlargement of time. In keeping with this office's obligations under Rule 11 of the Federal Rules of Civil Procedure, we need this additional time to investigate the allegations of the complaint. It is our understanding that the records of the underlying matter, including police records, may have been sealed pursuant to New York Criminal Procedure Law § 160.50. Therefore, this office has forwarded to plaintiff for execution a consent and authorization for the release of sealed records so that defendant can access the information, properly assess the case, and respond to the complaint. As plaintiff has named no individual defendants in this action, we need these records in order to access any information concerning the incident alleged in the complaint. Further, plaintiff has alleged physical injury as a result of the events of which she complains and, accordingly, this office is in the process of forwarding to plaintiff's counsel a consent and authorization for the release of medical records for treatment received as a result of the alleged incident.

No previous request for an extension of time to respond to the complaint has been made.    Accordingly, we respectfully request that defendants' time to answer or otherwise respond to the complaint be extended to September 24, 2007.

Thank you for your consideration herein.

Respectfully submitted,

Susan P. Scharfstein (SS 2476)

cc:    Rose M. Weber, Esq.
       Attorney for Plaintiff
       225 Broadway, Suite 1608
       New York, NY  10007
       (by hand)

2