ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1608
NEW YORK, NEW YORK 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/1/07
```

FAX: (212) 791-4149

TELEPHONE: (212) 748-3355



September 26, 2007

**MEMO ENDORSED**

**BY MAIL**
Honorable Denise L. Cote
United States District Judge
500 Pearl Street
New York, NY 10007

Re:   *Chris Sforza v. City of New York, et al.*, 07 Civ. 6122 (DLC)

Your Honor:

      I write concerning Ms. Scharfstein's letter to the Court dated September 24, 2007. I must apologize both to the Court and to Ms. Scharfstein for my delay in providing the necessary releases and in amending the complaint.

      As the Court may be aware, I am a solo practitioner and I am one of the lead attorneys in the massive consolidated litigation before Judges Karas and Francis arising from arrests during the 2004 Republican National Convention. I myself represent almost 200 of the individual plaintiffs. These cases have required a super-human effort on my part over the past several months, the equivalent of having been on trial nonstop since mid-May. It has, consequently, been difficult for me to pay proper attention to my non-RNC cases.

      Earlier today, I filed the amended complaint and hand-delivered the releases to Corporation Counsel. Accordingly, the relief requested by Ms. Scharfstein will not be necessary.

      Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber (RW 0515)

cc:   Susan P. Scharfstein, Esq. (by fax)

*[Handwritten endorsement:] Further similar failures to comply diligently with discovery obligations in this case may result in dismissal. The conference is adjourned to Nov. 30, 2007 at 9:30 am.  /s/ Denise Cote  Sept. 28, 2007*