```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
CHRIS SFORZA,                           :
                       Plaintiff,       :
                                        :     07 Civ. 6122 (DLC)
            -v-                         :
                                        :          ORDER
CITY OF NEW YORK, ET AL.,               :
                       Defendants.      :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/9/07

DENISE COTE, District Judge:

For the reasons stated on the record during a telephone conference, with all parties present, held on October 5, 2007, it is hereby

ORDERED that by October 19, 2007, Plaintiff will provide Defendants with a release pursuant to New York Criminal Procedure Law § 160.50, including any relevant docket or indictment numbers.

IT IS FURTHER ORDERED that if Plaintiff is unable to provide the release with the information detailed above, Plaintiff shall so inform the Court by letter, no later than October 19, 2007, describing the steps taken to procure such a release and why they were unsuccessful.

IT IS FURTHER ORDERED that Defendants shall answer Plaintiff's Complaint by December 7, 2007.

IT IS FURTHER ORDERED that an Initial Pretrial Conference shall be held on December 7, 2007, at 4 p.m.

SO ORDERED:

Dated:   New York, New York
         October 9, 2007

                                              DENISE COTE
                               United States District Judge