UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

CHRIS SFORZA,

            Plaintiff,

  -against-

THE CITY OF NEW YORK, P.O.'S JOHN
and JANE DOE #1-10, MCDONALD'S
RESTAURANTS OF NEW YORK, INC.,
MCDONALD'S EMPLOYEES JOHN
and JANE DOE #11-20,

            Defendants.
------------------------------------------------------------X

Civil Action No. 07 CV 6122

MCDONALD'S RESTAURANTS
OF NEW YORK, INC.'S
RULE 7.1 DISCLOSURE

SIRS:

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant McDonald's Restaurants of New York, Inc., by its attorneys Bonner Kiernan Trebach & Crociata, LLP, make the following disclosures related to the identification of any parent cororation and/or publicly held corporation that owns 10% or more or its stocks:

Defendant McDonald's Restaurants of New York, Inc. is a wholly owned subsidiary of McDonald's Corporation. Defendant McDonald's Corporation is neither a subsidiary of a parent corporation nor does any publicly held corporation own 10% or more of its stock.

PLEASE TAKE NOTICE that Defendant McDonald's Restaurants of New York, Inc. expressly reserves the right to supplement and/or amend this disclosure in accordance with Federal Rules.

Dated: New York, New York
        December 4, 2007

BONNER KIERNAN TREBACH
 & CROCIATA, LLP
Attorneys for Defendant
McDonald's Restaurants of New York, Inc.
Empire State Building - Suite 3304
New York, New York 10118
(212) 268-7535

By: _____
Ewan M. Clark (EMC 2955)