UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CHRIS SFORZA,                                    Civil Action No. 07 CV 6122

            Plaintiff,

   -against-                                    DEFENDANT'S RULE 26(a)(1)
                                                       DISCLOSURES

THE CITY OF NEW YORK, P.O.'S JOHN
and JANE DOE #1-10, MCDONALD'S
RESTAURANTS OF NEW YORK, INC.,
MCDONALD'S EMPLOYEES JOHN and
JANE DOE #11-20,

            Defendants.
------------------------------------------------------------X

SIRS:

     Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Defendant McDonald's Restaurants of New York, Inc., by its attorneys Bonner Kiernan Trebach & Crociata, LLP, upon information and belief, provides as follows:

   (A)    Defendant McDonald's Restaurants of New York, Inc. is currently unable to determine which individuals might have knowledge relevant to the above matter beyond any parties and persons referenced or revealed through the discovery.

   (B)    None known at this time. Defendant McDonald's Restaurants of New York, Inc. refers plaintiff to all medical records obtained through discovery or otherwise produced in this litigation.

   (C)    Not applicable.

   (D)    To be provided.

   (E)    Defendant McDonald's Restaurants of New York, Inc. has yet to select its expert witnesses, but expressly reserves the right to do so pursuant to the Federal Rules of Civil Procedure and the Court's Order(s).

PLEASE TAKE NOTICE that defendant McDonald's Restaurants of New York, Inc. expressly reserves the right to supplement and/or amend in accordance with Federal Rules.

Dated: New York, New York
   December 4, 2007

Yours etc.,

Ewan M. Clark, Esq. (2955)
BONNER KIERNAN TREBACH
 & CROCIATA, LLP
Attorneys for Defendant
McDonald's Restaurants of New York, Inc.
Empire State Building, Suite 3304
New York, New York 10118
(212) 268-7535

TO: Rose M. Weber, Esq.
   Attorney for Plaintiff
   225 Broadway, Suite 1608
   New York, New York 10007
   (212) 748-3355