UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
CHRIS SFORZA,

                Plaintiff,

    -v-                                07 CIV. 6122 (DLC)

THE CITY OF NEW YORK; P.O.s JOHN AND       PRETRIAL
JANE DOE #1-10, individually and in        SCHEDULING ORDER
their official capacities, (the names
John and Jane Doe being fictitious, as
the true names are presently unknown);
MCDONALD'S CORPORATION, and MCDONALD'S
EMPLOYEES JOHN AND JANE DOE #11-20,
individually and in their official
capacities, (the names John and Jane
Doe being fictitious,

                Defendants.
------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/11/07

DENISE COTE, District Judge:

    As set forth at the pretrial conference held pursuant to Rule 16, Fed.R.Civ.P., on December 7, 2007, the following schedule shall govern the further conduct of pretrial proceedings in this case:

1.   The parties shall comply with their Rule 26(a)(1), Fed.R.Civ.P., initial disclosure obligations by **December 21, 2007**.

2.   Plaintiff shall provide his medical release forms to the defendants by **December 21, 2007**.

3.   The parties are instructed to contact the chambers of Magistrate Judge Dolinger prior to **April 4, 2008** in order to pursue settlement discussions under his supervision.

4.   All fact discovery must be completed by **June 27, 2008**.

5.   Plaintiff's identification of experts and disclosure of expert testimony conforming to the requirements of Rule 26(a)(2)(B), Fed.R.Civ.P., must occur by **July 18, 2008**. Defendants' identification of experts and disclosure of expert testimony must occur by **August 1, 2008**.

6.   All expert discovery must be completed by **September 12, 2008**.

7.  The following motion will be served by the dates indicated below.

    Any motion for summary judgment

    -   Motion served by **October 3, 2008**
    -   Opposition served by **October 24, 2008**
    -   Reply served by **October 31, 2008**

    At the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

8.  In the event no motion is filed, the Joint Pretrial Order must be filed by **October 3, 2008**.

    As described in greater detail in this Court's Individual Practices in Civil Cases, the following documents must be filed with the Pretrial Order: Voir Dire, Requests to Charge and a Memorandum of Law addressing all questions of law expected to arise at trial. Any responsive papers are due one week thereafter. Counsel will provide the Court with two (2) courtesy copies of all pretrial documents at the time of filing.

Dated:   New York, New York
         December 10, 2007

                                    _____
                                         DENISE COTE
                                    United States District Judge