UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

CHRIS SFORZA,

          Plaintiff,

      -against-

CITY OF NEW YORK, et al.

          Defendants.
------------------------------------x

ORDER

07 Civ. 6122 (DLC)(MHD)

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    ORDERED that a settlement conference in the above-captioned action has been scheduled for **MONDAY, APRIL 14, 2008, at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

1

Dated: New York, New York
       December 14, 2007

SO ORDERED.

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Rose Minna Weber, Esq.
Rose M. Weber Law Office
225 Broadway Suite 1608
New York, NY 10007

Susan P. Scharfstein, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Ewan Marcus Clark, Esq.
Bonner, Kiernan, Trebach & Criciata (NYC)
Empire State Building, Ste 3304
New York, NY 10118