UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x

CHRIS SFORZA,                          :
            Plaintiff,
                                       :
        -against-
                                       :
CITY OF NEW YORK, et al.
                                       :
            Defendants.
----------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/17/07
```

**AMENDED ORDER**

**07 Civ. 6122 (DLC)(MHD)**

MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:

    It is hereby

    ORDERED that a settlement conference in the above-captioned
action has been scheduled for **THURSDAY, APRIL 17, 2008, at 2:00 PM**,
at which time you are directed to appear in Courtroom 17D, 500
Pearl Street, New York, New York 10007-1312. Any requests for
adjournment of this scheduled conference must be in writing, with
copies to all other parties, and must be preceded by reasonable
efforts by the requesting party to obtain the consent of those
parties.

1

**Dated: New York, New York**
**December 17, 2007**

SO ORDERED.

**MICHAEL H. DOLINGER**
**UNITED STATES MAGISTRATE JUDGE**

Copies of the foregoing Order have been mailed today to:

Rose Minna Weber, Esq.
Rose M. Weber Law Office
225 Broadway Suite 1608
New York, NY 10007

Susan P. Scharfstein, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Ewan Marcus Clark, Esq.
Bonner, Kiernan, Trebach & Criciata (NYC)
Empire State Building, Ste 3304
New York, NY 10118

2