**ROSE M. WEBER**
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                                    TELEPHONE: (212) 748-3355

[Stamp: ELECTRONICALLY FILED DATE FILED: 4/9/08]

[Stamp: RECEIVED APR - 9 2008]

April 8, 2008

ENDORSED ORDER

Application denied.

[signature] M/sw
4/9/08

**BY FAX**
Honorable Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re:  *Chris Sforza v. City of New York, et al.*, 07 Civ. 6122 (DLC) (MHD)

Your Honor:

   A settlement conference in the above-referenced matter is currently set for April 17, 2008 at 2:00 p.m. Counsel for plaintiff and McDonald's[1] having conferred in advance of the conference, it appears that we have vastly different views as to the settlement value of the case. Because of this enormous gulf, counsel are of the opinion that it would be fruitless to proceed with the conference. Accordingly, the parties respectfully request that the conference be adjourned *sine die*.[2]

   Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:  Susan P. Scharfstein, Esq. (by fax)
     Ewan M. Clark, Esq. (by fax)

---

[1] Although I attempted to reach Ms. Scharfstein in regard to this matter, she did not respond, presumably because she has been extremely busy with a trial.

[2] Should the Court nonetheless wish to go forward with the conference, I must ask that it be rescheduled, as I have a scheduling conflict for that afternoon.