```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
CHRIS SFORZA,                       :
            Plaintiff,                      ORDER
                                    :
      -against-                             07 Civ. 6122 (DLC)(MHD)
                                    :
CITY OF NEW YORK, et al.
                                    :
            Defendants.
------------------------------------x
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

4/30/08

It is hereby

ORDERED that a telephone conference has been scheduled in the above-captioned action on **WEDNESDAY, MAY 28, 2008 at 10:00 AM.** Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

Plaintiff's counsel is to make the necessary arrangements for the conference call.

1

Dated: New York, New York
       April 29, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been mailed today to:

Rose Minna Weber, Esq.
Rose M. Weber Law Office
225 Broadway Suite 1608
New York, NY 10007

Susan P. Scharfstein, Esq.
New York City Law Department
100 Church Street
New York, NY 10007

Ewan Marcus Clark, Esq.
Bonner, Kiernan, Trebach & Criciata (NYC)
Empire State Building, Ste 3304
New York, NY 10118