# ROSE M. WEBER
## ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633							TELEPHONE: (212) 748-3355

June 30, 2008

*[Handwritten endorsement: ENDORSED ORDER — Application granted — If necessary, counsel may communicate by telephone or fax. M/s/ 6/30/08]*

**BY FAX**
Honorable Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

Re:   *Chris Sforza v. City of New York, et al.*, 07 Civ. 6122 (DLC) (MHD)

Your Honor:

    The Court had directed the parties to submit a status letter by today's date. Unfortunately, Mr. Clark's e-mail system has been bouncing all of my e-mails for several days now, making it very difficult for the three attorneys to communicate and circulate drafts of the letter. Ms. Scharfstein and I have conferred and now respectfully request a one week extension in which to provide the status letter to the Court. I also left a voicemail for Mr. Clark, but have not heard back from him. I have no reason to think that he would not join in the request for an extension of time.

    Thank you for your consideration of this request.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc:   Susan P. Scharfstein, Esq. (by fax)
      Ewan M. Clark, Esq. (by fax)