# ROSE M. WEBER
ATTORNEY AT LAW
225 BROADWAY • SUITE 1607
NEW YORK, NEW YORK 10007

FAX: (212) 233-5633                                             TELEPHONE: (212) 748-3355

July 7, 2008

**BY FAX**
Honorable Michael H. Dolinger
United States Magistrate Judge
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/8/08
```

Re:   *Chris Sforza v. City of New York, et al.*, 07 Civ. 6122 (DLC) (MHD)

Your Honor:

At the telephone conference held in the above-referenced matter on May 28, 2008, the Court directed the parties to submit a status report by June 30, 2008 (subsequently extended to today's date), specifically in regard to plaintiff's efforts to contact eyewitnesses and defendants' efforts to obtain plaintiff's medical records. The parties having conferred, we respectfully submit the following information.

Plaintiff has not yet been able to make contact with her eyewitness, Ms. Quow, but we are continuing to work on that and hope to be able to provide defendants with contact information within the next two weeks. In the meantime, plaintiff has located a new witness, whose information we will disclose along with Ms. Quow's.

I am advised by Mr. Clark that the executed releases for plaintiff's medical records were sent out several weeks ago, but that the records have not yet been received. Mr. Clark's office will be following up on their records request.

As the Court is aware, the parties were not able to complete fact discovery by the deadline of June 27th, 2008. Given that this matter has only been referred to Your Honor for settlement purposes, we are not certain whether our extension request should be directed to you or to Judge Cote, and would very much appreciate guidance on that issue.

ENDORSED ORDER
The parties are to supply a status report by July 31, 2008.
[signature] /rsm/ 7/7/08

In regard to what discovery remains:

1) Various parties have discovery disputes (concerning responses to interrogatories and document demands) that we have been unable to resolve.

2) Plaintiff has recently provided Ms. Scharfstein with information regarding the multiple precinct visits that she made in an effort to file a complaint against the McDonald's employee who she says attacked her. Plaintiff anticipates that Ms. Scharfstein may be able to identify other officers whom we will wish to name as defendants. At that point, plaintiff will be ready to amend the complaint.

3) Depositions have not yet been scheduled, but it appears that there may well be a dozen or more.

Thank you for your consideration in this matter.

Respectfully,

Rose M. Weber

Rose M. Weber (RW 0515)

cc: Susan P. Scharfstein, Esq. (by fax)
Ewan M. Clark, Esq. (by fax)