USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
                                           :
CHRIS SFORZA,                              :
                      Plaintiff,           :
                                           :     07 Civ. 6122 (DLC)
           -v-                             :
                                           :          ORDER
CITY OF NEW YORK, ET AL.,                  :
                      Defendants.          :
                                           :
------------------------------------------X

DENISE COTE, District Judge:

   For the reasons stated on the record during a telephone conference, with all parties present, held on July 31, 2008, it is hereby

   ORDERED that by August 6, plaintiff shall file an amended complaint naming each of the police officers present at McDonald's Restaurant on the date of the incident alleged.

   IT IS FURTHER ORDERED that by August 29, defendant City of New York shall identify the desk officers assigned at the times and dates specified by plaintiff to the precinct where plaintiff alleges she attempted to file a complaint.

   IT IS FURTHER ORDERED that by September 5, plaintiff shall further amend her complaint to include any additional police officers identified by the City of New York, consistent with her obligations under Federal Rule of Civil Procedure 11.  There shall be no further amendment of the complaint or joinder of additional parties after September 5, 2008.

IT IS FURTHER ORDERED that fact discovery shall be completed by December 19.

IT IS FURTHER ORDERED that plaintiff's expert report is due January 16, 2009; defendants' expert report is due February 13. Expert discovery shall be completed by March 6.

IT IS FURTHER ORDERED that any motion for summary judgment shall be filed by March 27; opposition shall be due April 17; any reply shall be due April 24. In the event no motion for summary judgment is filed, the pretrial order in this jury case shall be due March 27. There shall be no extension of the March 27 deadlines.

SO ORDERED:

Dated:  New York, New York
        July 31, 2008

                                         _____
                                                      DENISE COTE
                                  United States District Judge