UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X

CHRIS SFORZA,

                               Plaintiff,

                                                      07 Civ. 6122 (DLC)

                -against-

THE CITY OF NEW YORK, et al.,

                               Defendants.

------------------------------------------------------------------------X

## PROOF OF SERVICE

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

        I am over 18 years of age and am not a party to this action.

        That on August 29, 2008, at approximately 11:35 a.m., at the office of the City of New York Police Department Legal Bureau, 1 Police Plaza, Room 1406, New York, New York, I served a **Second Amended Summons and Complaint** upon Dennis Morgano, defendant therein named, by delivering and leaving one true copy of the **Second Amended Summons and Complaint** with Eileen Flaherty, Esq., personally. Declarant knew said individual to be authorized to accept service on behalf of defendant Morgano.

Dated:      New York, New York
                August 29, 2008

                                                             By:          /s
                                                                   Rose M. Weber  (RW 0515)