UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

CHRIS SFORZA,

                                   Plaintiff,

                          07 Civ. 6122 (DLC)

          -against-

THE CITY OF NEW YORK, et al.,

                                   Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

        **ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

        I am over 18 years of age and am not a party to this action.

        That on September 14, 2008, at approximately 2:45 p.m., at the Midtown South Precinct, 357 W. 35th Street, New York, New York, I served a **Third Amended Summons and Complaint** upon P.O. Joseph Bonner, defendant therein named, by delivering and leaving one true copy of the **Third Amended Summons and Complaint** with P.O. Bonner personally.

Dated:     New York, New York
             September 15, 2008

                                          By:          /s
                                                Rose M. Weber  (RW 0515)