UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------X

CHRIS SFORZA,

                                               Plaintiff,            07 Civ. 6122 (DLC)

            -against-

THE CITY OF NEW YORK, et al.,

                                       Defendants.

----------------------------------------------------------------------X

## PROOF OF SERVICE

**ROSE M. WEBER**, an attorney duly admitted to practice in the State of New York and this Court, declares under penalty of perjury and pursuant to 28 U.S.C. § 1746 that the following statements are true.

I am over 18 years of age and am not a party to this action.

That on September 14, 2008, at approximately 2:45 p.m., at the Midtown South Precinct, 357 W. 35th Street, New York, New York, I served a **Third Amended Summons and Complaint** upon P.O. Bryan Hanson, P.O. Jordan Bistany, Sgt. Liz Salinas, Sgt. Michael McGovern, Sgt. Christopher Newsom, Sgt. Ralph Perfetto, and Sgt. John Andriano, defendants therein named, by delivering and leaving eight true copies of the **Third Amended Summons and Complaint** in the vicinity of a person of suitable age and discretion, to wit P.O. Joseph Bonner, co-worker.

Declarant describes person served as aforesaid to the best of declarant's ability at the time and circumstances of service as follows:

Sex: M      Race: W      Hair: graying crewcut      Approx. Age: 40
Approx. Ht.: on podium      Approx. Wt.: average

-2-

That on September 15, 2008, declarant mailed other true copies of the **Third Amended Summons and Complaint** by first class mail properly enclosed and sealed in postpaid wrappers addressed to P.O. Bryan Hanson, P.O. Jordan Bistany, Sgt. Liz Salinas, Sgt. Michael McGovern, Sgt. Christopher Newsom, Sgt. Ralph Perfetto, and Sgt. John Andriano at the Midtown South Precinct, 357 W. 35th Street, New York, New York 10001, their place of business, said envelopes bearing the legend "Personal & Confidential" and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Dated:   New York, New York
         September 15, 2008

By:   _____/s_____
      Rose M. Weber  (RW 0515)